```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                   CASE NO. 05 B 23553
   MARGARET M MCQUILLAN
                                         CHAPTER 13

                                         JUDGE: SUSAN PIERSON SONDERBY
         Debtor
    SSN XXX-XX-0870


------------------------------------------------------------------------
             TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
     The case was filed on 06/14/2005 and was confirmed 08/18/2005.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors an estimated  23.43% from remaining funds.

     The case was paid in full 11/10/2008.
------------------------------------------------------------------------
CREDITOR NAME                CLASS          CLAIM AMOUNT      INTEREST        PRINCIPAL
                                                                PAID            PAID
------------------------------------------------------------------------
MIDAMERICA BANK              CURRENT MORTG        .00              .00              .00
AT & T UNIVERSAL PLATINU     UNSECURED      NOT FILED              .00              .00
ECAST SETTLEMENT CORP        UNSECURED         772.29              .00           180.70
CHASE BANK USA NA            UNSECURED         458.00              .00           107.16
RESURGENT CAPITAL SERVIC     UNSECURED        3857.51              .00           904.55
KASPER HEATON WRIGHT & A     UNSECURED      NOT FILED              .00              .00
ECAST SETTLEMENT CORP        UNSECURED        4497.94              .00          1054.05
FIRST NATIONAL               UNSECURED      NOT FILED              .00              .00
ECAST SETTLEMENT CORP        UNSECURED        5683.59              .00          1331.89
ROUNDUP FUNDING LLC          UNSECURED        8950.09              .00          2097.36
PALOS COMMUNITY HOSPITAL     UNSECURED      NOT FILED              .00              .00
BANK OF AMERICA NA           SECURED              .00              .00              .00
RESURGENT CAPITAL SERVIC     UNSECURED        3774.93              .00           884.62
BLINE/JUNIPER BANK           UNSECURED            .00              .00              .00
MARSHA A FISHER              DEBTOR ATTY     900.00                               900.00
TOM VAUGHN                   TRUSTEE                                              459.67
DEBTOR REFUND                REFUND                                                  .00

     Summary of Receipts and Disbursements:
------------------------------------------------------------------------
                     RECEIPTS          DISBURSEMENTS
------------------------------------------------------------------------
TRUSTEE              7,920.00

PRIORITY                                      .00
SECURED                                       .00
UNSECURED                                6,560.33
ADMINISTRATIVE                             900.00
TRUSTEE COMPENSATION                       459.67
DEBTOR REFUND                                 .00
                    ---------------    ---------------
TOTALS               7,920.00            7,920.00

              PAGE  1 - CONTINUED ON NEXT PAGE
       CASE NO. 05 B 23553 MARGARET M MCQUILLAN
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

Dated: 02/26/09

/s/ Tom Vaughn
_____
TOM VAUGHN
CHAPTER 13 TRUSTEE

PAGE   2
CASE NO. 05 B 23553 MARGARET M MCQUILLAN